# Exhibit 1

### Manuel Gonzales

| | |
|---|---|
| **From:** | Mark.C.Doran@ |
| **Sent:** | Thursday, November 01, 2018 8:13 AM |
| **To:** | Manuel Gonzales |
| **Subject:** | RE: Machine Gun Transfers to FFL For Demonstration - Questions and Concerns |
| **Attachments:** | Lewis516DemoLetter.jpg |

Good morning sir. Just wanted to let you know that your law letter is now being used by an FFL in Florida. Sir, please talk to your team sooner rather than later if you don't mind. Also, if you have not signed law letters for a dealer in Florida please let me know. I have attached a copy of the letter for your viewing.

When speaking to your team sir please remind them that these are restricted possession machine guns and fraudulent use of the law letters to obtain the machine guns is a federal offense under 18 U.S.C. 922(o). I hate to emphasize the seriousness of this in an email forum but I know you are busy and I don't want to tie you up on the phone.

In closing, based on our discussion yesterday, I would also recommend that you find out how many FFLs these letters have gone to and perhaps request that the letters be returned to you.

Thanks in advance for you cooperation sir.

## *Mark C. Doran*

Industry Operations Investigator
Bureau of Alcohol, Tobacco, Firearms and Explosives
Cell:
Office:
Fax:

**From:** Doran, Mark C.
**Sent:** Tuesday, October 30, 2018 3:11 PM
**To:** mxgonzale:
**Cc:** Doran, Mark C.
**Subject:** Machine Gun Transfers to FFL For Demonstration - Questions and Concerns

Good afternoon Sheriff Gonzales. My name is Mark Doran and I an investigator with the ATF currently working a detail with the National Firearms Act Division (NFAD). Sorry I missed you when I called earlier but your assistant was kind enough to provide me with your email address. Additionally, I would like to apologize in advance for the length of this email.

NFAD has many roles one of which is monitoring and regulating machine gun transfers that are restricted under federal law. Specifically, 18 U.S.C. 922(o) and 27 CFR 479.105. When Federal Firearms Licensees (FFLs) request to have restricted machine guns transferred to them, supporting documents must be provided to ATF validating the request is within legal exceptions to possess otherwise restricted possession machine guns. I received a request from an FFL, on your behalf, to have a restricted machine gun transferred to them using a law letter signed by you. However, the types of machine guns being requested as demonstration for potential future sales did not fit the typical law enforcement type machine gun (WWI and WWII war relics) and a large number had been requested.

**Exhibit 1**

I have come to realize that in some circumstances some of the requests are not actually legitimate in nature and an FFL is using law letters as a loophole to obtain machine guns restricted for possession under federal law. Sometimes an FFL may keep a copy of a law letter that was used for legitimate reasons and then alter the document and continue using it for additional purchases and transfers. I have also encountered situations where Sheriffs and Police Chiefs are misinformed by the FFL as to what the law letter is for and why there is a legal requirement to provide the letter.

If you don't mind, I would like to confirm with you that you have provided law letters to JCT Manufacturing in Albequerque, NM with the following law letters. Please note that all law letters dated 9-24-18 were individual letters. Typically a request on the same day would have all the machine guns listed on one request.
- 10-18-18: Model P90 (two)
- 9-24-18: Vickers 303 (two)
- 9-24-18: MG42 (two) – WWII era German crew served machine gun.
- 9-24-18: MG34 (two) – WWII era German machine gun.
- 9-24-18: BREN MKII (two) – industry members often classify this machine gun as a war relic from WWII.
- 9-24-18: 1910 7.62.54 (two) – WWI era water cooled crew served machine gun. Mounted to a wagon/trailer and towed behind a vehicle.
- 9-24-18: HK416 (two) – common HK machine gun on an AR platform.
- 9-24-18: Colt M4 (two)
- 9-24-18: SMG 9mm (two) – smaller 9mm machine gun on an AR platform.

Sir, if you have not made any of these requests, please let me know so that we may take appropriate action. I would also ask that you keep our inquiry concerning the FFL confidential and need to know only. If you have made the requests and perhaps feel you were misinformed concerning the law letter, I will summarize federal law and regulation. If you feel you have inadvertently requested the machine guns we will simply disapprove pending transfers (I have one).
- Transfers of restricted machine guns to FFLs on behalf of a government agency (includes SO's) must be done for the purposes of a sales sample. Meaning, the agency has a need for demonstration because and actual sale is dependent upon the demonstration.
- The transfer is restricted for use by federal, state, and local government entities. Meaning, a law letter cannot be provided to assist an FFL in increasing restricted machine gun inventory for personal use or resale.
- Transfer can only be considered for approval if it is established that a demonstration is required for the sale or potential sale to the government agency; if it is established that the machine gun(s) are available to fill subsequent orders; and the requesting government agency provides a law letter attesting to their need for the machine gun(s).
- The intent of the law letter is to _ensure_ the machine gun transfer is being done _only_ for purposes authorized under federal law. That is, for the sale or potential sale of the particular machine gun being requested for transfer.
- In short, the exemption to transfer restricted machine guns allow for a government agency to demonstrate a restricted firearm as a _"sales sample"_. If the government agency has no intention of purchasing or considering the purchase of the machine gun(s), the law letter, by law, cannot be provided to the FFL.

Sir, sorry again for the long email. Please give me a call when you have a moment to discuss further. My cell phone is the best way to reach me and the number is 270-217-6974. I appreciate your understanding and patience as we strive to make sure machine guns are being placed into commerce legally. The pending transfer I have will be disapproved but I will not do so until we have a chance to speak or you have a chance to reply to my email. Thanks again sir for your time.

V/R, Mark

# Mark C. Doran

Industry Operations Investigator
Bureau of Alcohol, Tobacco, Firearms and Explosives