# Exhibit 3

## Manuel Gonzales

| | |
|---|---|
| **Subject:** | Meeting re: ATF Inquiry |
| **Location:** | Sheriff Office - Law Enforcment Center - 400 Roma NW - 5th floor |
| **Start:** | Fri 4/5/2019 10:00 AM |
| **End:** | Fri 4/5/2019 10:30 AM |
| **Recurrence:** | (none) |
| **Meeting Status:** | Accepted |
| **Organizer:** | Savannah M. Walsh |
| **Required Attendees:** | Savannah M. Walsh; Manuel Gonzales; Rudy Mora (           ); Larry Koren; Ray Chavez; Joshua S. Campos; Brandon J. Blackmon |
| **Optional Attendees:** | Wolfe, Kevin J. |

Meeting requested by ATF Agent Kevin Wolfe to discuss Law Letters (i.e. Demo letters) that have been authorized by the Sheriff for business entities of James Tafoya. This will be a continuation of a previous conversation brought to the Sheriff in November of last year regarding the same matter.



**Savannah Walsh**
*Executive Assistant*
Bernalillo County Sheriff's Office
400 Roma Ave NW, 5th floor, Albuquerque, NM 87102
Email:

www.bernco.gov

*Confidentiality Notice:* This e-mail message and all attachments transmitted with it are intended solely for the person to whom this email was addressed and may contain privileged or confidential information or personal information protected from use by federal or state law. If you are not the intended recipient, you are hereby notified that any reading, dissemination, distribution, copying, or other use of this message or its attachments is strictly prohibited. If you have received this message in error, please notify the sender immediately by telephone or by replying via electronic mail. After providing such notice, please delete this message and all copies and backups thereof. Thank you for your cooperation.

# Exhibit 3