## Exhibit 6

iMessage
8/30/19, 9:21 AM

HK mp5sd mg S/N S98071 silencer S/N 001146
HK mp5sd mg S/N S98005 silencer S/N 001060

Thank you

Your welcome I appreciate your help with this

Sure thing, anytime

9/13/19, 4:49 PM

Walter called and let me know of their attempted break-in...he sent me photos. Were you able to send me yours yet...I didn't see them in my inbox. Thnx

I'll send them now

Sounds good. I'm outta state right now but I'll forward to ABQ Office





**Exhibit 6**





They brought the ax with themselves and left it behind

**Thnx**

9-17-19  11:21 AM

I haven't forgotten about you with regards to the silencers, but I'm making progress. As soon as I get info finalized I will let you know.  Thnx

Ok hank you very much

Thank

9/23/19, 3:43 PM

James let me know when you have a few min to talk, thanks.  If not now no worries I can hit you up tomorrow.  I have a meeting at 5 tonight and than another meeting at 630 so if not free before 5 today I'll try you tomorrow or later in week.

Hello,
I'm available anytime today
Thanks,
James

Sorry other thing came up. I'll touch base tomorrow thnx

Ok thank you