

**NATIONAL FIREARM REGISTRATION AND TRANSFER RECORD**

**Weapon Inventory by Owner**

From: 1934/01/01 To: 2099/12/31

| Date |
|---|
| 01-JUN-2020 |
| Time |
| 15:48:50 |
| Page: 1 of 17 |

| Serial Number | Mfg | Type | Model | Caliber | BLEN | OLEN | Serviceability | Lost Stolen Code | Lost Stolen Date | Disposition Code | Disposition Date |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 101101MICRO | Z14 | SI | GENESISMICR | 22 | N/A | 3.6 | | | | | |

Remarks

## Exhibit 7

**Owner History**

| COF | Micro | Form | Approved Date | Last Name | Trade Name | Address | City | ST | Zipcode |
|---|---|---|---|---|---|---|---|---|---|
| Y | | FORM 3 | 19-JAN-2012 | TAFOYA JAMES CHRISTOPHER | JCT FIREARMS | | ALBUQUERQUE | NM | 87121 |

| Serial Number | Mfg | Type | Model | Caliber | BLEN | OLEN | Serviceability | Lost Stolen Code | Lost Stolen Date | Disposition Code | Disposition Date |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2626 | QLF | DD | 1939 | 20 | 57.5 | 88 | | | | | |

Remarks

030890

**Owner History**

| COF | Micro | Form | Approved Date | Last Name | Trade Name | Address | City | ST | Zipcode |
|---|---|---|---|---|---|---|---|---|---|
| Y | 19-106-0015 | FORM 4 | 22-MAY-2019 | TAFOYA JAMES CHRISTOPHER | JCT MANUFACTURING | | ALBUQUERQUE | NM | 87121 |

| Serial Number | Mfg | Type | Model | Caliber | BLEN | OLEN | Serviceability | Lost Stolen Code | Lost Stolen Date | Disposition Code | Disposition Date |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 7339 | LTI | MG | MP34 | 9 | 8 | 32.75 | | 06-MAR-19 | 06-MAR-2019 | | |

Remarks

RESTRICTED 922(O) TRANSFER NEVER OCCURED AND WEAPON IS MISSING PER F20190000477, JSR 03-09-2017.

**Owner History**

| COF | Micro | Form | Approved Date | Last Name | Trade Name | Address | City | ST | Zipcode |
|---|---|---|---|---|---|---|---|---|---|
| Y | EFORM-467380 | FORM 3 | 11-DEC-2018 | TAFOYA JAMES CHRISTOPHER | JCT MANUFACTURING | | ALBUQUERQUE | NM | 87121 |

## Exhibit 7

\*\*\*\*\*\*\*\*\*\*\* For Official Use Only \*\*\*\*\*\*\*\*\*\*\*\*\*

Case 1:22-cv-00517-WJ-LF   Document 1-8   Filed 07/14/22   Page 1 of 17



NATIONAL FIREARM REGISTRATION AND TRANSFER RECORD

Weapon Inventory by Owner

From: 1934/01/01  To: 2099/12/31

| Date |
|---|
| 01-JUN-2020 |
| Time |
| 15:48:50 |
| Page: 2 of 17 |

| Serial Number | Mfg | Type | Model | Caliber | BLEN | OLEN | Serviceability | Lost Stolen Code | Lost Stolen Date | Disposition Code | Disposition Date |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 90004299 | SR | SI | SILENT-SR | 22 | | 5.375 | | | | | |

**Remarks**

### Owner History

| COF | Micro | Form | Approved Date | Last Name | Trade Name | Address | City | ST | Zipcode |
|---|---|---|---|---|---|---|---|---|---|
| Y | EFORM-224906 | FORM 3 | 17-DEC-2016 | TAFOYA JAMES CHRISTOPHER | JCT FIREARMS | | ALBUQUERQUE | NM | 87121 |

| Serial Number | Mfg | Type | Model | Caliber | BLEN | OLEN | Serviceability | Lost Stolen Code | Lost Stolen Date | Disposition Code | Disposition Date |
|---|---|---|---|---|---|---|---|---|---|---|---|
| A285187 | AON | SR | GSG5PK | 22 | 4.68 | 21.75 | | | | | |

**Remarks**

### Owner History

| COF | Micro | Form | Approved Date | Last Name | Trade Name | Address | City | ST | Zipcode |
|---|---|---|---|---|---|---|---|---|---|
| Y | EFORM-567121 | FORM 3 | 11-JUN-2019 | TAFOYA JAMES CHRISTOPHER | JCT MANUFACTURING | | ALBUQUERQUE | NM | 87121 |

| Serial Number | Mfg | Type | Model | Caliber | BLEN | OLEN | Serviceability | Lost Stolen Code | Lost Stolen Date | Disposition Code | Disposition Date |
|---|---|---|---|---|---|---|---|---|---|---|---|
| A56N02959 | X19 | SI | SF RYDER 9-TI | 9 | | 7.80 | | | | | |

**Remarks**

### Owner History

| COF | Micro | Form | Approved Date | Last Name | Trade Name | Address | City | ST | Zipcode |
|---|---|---|---|---|---|---|---|---|---|
| Y | EFORM-224906 | FORM 3 | 17-DEC-2016 | TAFOYA JAMES CHRISTOPHER | JCT FIREARMS | | ALBUQUERQUE | NM | 87121 |

\*\*\*\*\*\*\*\*\*\*\*\* For Official Use Only \*\*\*\*\*\*\*\*\*\*\*\*\*



| Serial Number | Mfg | Type | Model | Caliber | BLEN | OLEN | Serviceability | Lost Stolen Code | Lost Stolen Date | Disposition Code | Disposition Date |
|---|---|---|---|---|---|---|---|---|---|---|---|
| A74 | S31 | MG | D | 30/06 | 19.7 | 41.7 | | | | | |
| | | | Remarks | | | | | | | | |
| | | | TT*1021814 | | | | | | | | |

**Owner History**

| COF | Micro | Form | Approved Date | Last Name | Trade Name | Address | City | ST | Zipcode |
|---|---|---|---|---|---|---|---|---|---|
| Y | EFORM-669419 | FORM 3 | 10-DEC-2019 | TAFOYA JAMES CHRISTOPHER | JCT MANUFACTURING | | ALBUQUERQUE | NM | 87121 |

| Serial Number | Mfg | Type | Model | Caliber | BLEN | OLEN | Serviceability | Lost Stolen Code | Lost Stolen Date | Disposition Code | Disposition Date |
|---|---|---|---|---|---|---|---|---|---|---|---|
| AB021186M | KNI | SS | 870 | 12 | 10 | 17 | | | | | |
| | | | Remarks | | | | | | | | |

**Owner History**

| COF | Micro | Form | Approved Date | Last Name | Trade Name | Address | City | ST | Zipcode |
|---|---|---|---|---|---|---|---|---|---|
| Y | | FORM 3 | 27-JUN-2017 | TAFOYA JAMES CHRISTOPHER | JCT FIREARMS | | ALBUQUERQUE | NM | 87121 |

| Serial Number | Mfg | Type | Model | Caliber | BLEN | OLEN | Serviceability | Lost Stolen Code | Lost Stolen Date | Disposition Code | Disposition Date |
|---|---|---|---|---|---|---|---|---|---|---|---|
| AK00213 | BPF | SI | WOLVERINE PBS | 7.62 | | 7.8 | | | | | |
| | | | Remarks | | | | | | | | |

**Owner History**

| COF | Micro | Form | Approved Date | Last Name | Trade Name | Address | City | ST | Zipcode |
|---|---|---|---|---|---|---|---|---|---|
| Y | EFORM-217058 | FORM 3 | 30-OCT-2016 | TAFOYA JAMES CHRISTOPHER | JCT FIREARMS | | ALBUQUERQUE | NM | 87121 |

************ For Official Use Only *************

Case 1:22-cv-00517-WJ-LF   Document 1-8   Filed 07/14/22   Page 3 of 17



NATIONAL FIREARM REGISTRATION AND TRANSFER RECORD

Weapon Inventory by Owner

From: 1934/01/01 To: 2099/12/31

| Date | 01-JUN-2020 |
|---|---|
| Time | 15:48:50 |
| Page: | 4 of 17 |

| Serial Number | Mfg | Type | Model | Caliber | BLEN | OLEN | Serviceability | Lost Stolen Code | Lost Stolen Date | Disposition Code | Disposition Date |
|---|---|---|---|---|---|---|---|---|---|---|---|
| B0526 | ELT | SI | BRAVO | 30 | N/A | 9.5 | | | | | |
| | | | Remarks | | | | | | | | |

**Owner History**

| COF | Micro | Form | Approved Date | Last Name | | Trade Name | Address | City | ST | Zipcode |
|---|---|---|---|---|---|---|---|---|---|---|
| Y | | FORM 3 | 23-SEP-2011 | TAFOYA JAMES CHRISTOPHER | | JCT FIREARMS | | ALBUQUERQUE | NM | 87121 |

| Serial Number | Mfg | Type | Model | Caliber | BLEN | OLEN | Serviceability | Lost Stolen Code | Lost Stolen Date | Disposition Code | Disposition Date |
|---|---|---|---|---|---|---|---|---|---|---|---|
| C91023 | YHM | SI | COBRA | 9 | N/A | 8.0 | | | | | |
| | | | Remarks | | | | | | | | |

**Owner History**

| COF | Micro | Form | Approved Date | Last Name | | Trade Name | Address | City | ST | Zipcode |
|---|---|---|---|---|---|---|---|---|---|---|
| Y | | FORM 3 | 28-JAN-2010 | TAFOYA JAMES CHRISTOPHER | | | | ALBUQUERQUE | NM | 87121 |

| Serial Number | Mfg | Type | Model | Caliber | BLEN | OLEN | Serviceability | Lost Stolen Code | Lost Stolen Date | Disposition Code | Disposition Date |
|---|---|---|---|---|---|---|---|---|---|---|---|
| CR201798 | CLT | SR | M4 CARBINE | 5.56 | 10.3 | 29.3 | | | | | |
| | | | Remarks | | | | | | | | |

**Owner History**

| COF | Micro | Form | Approved Date | Last Name | | Trade Name | Address | City | ST | Zipcode |
|---|---|---|---|---|---|---|---|---|---|---|
| Y | EFORM-384233 | FORM 3 | 18-MAY-2018 | TAFOYA JAMES CHRISTOPHER | | JCT FIREARMS | | ALBUQUERQUE | NM | 87121 |

************ For Official Use Only *************

Case 1:22-cv-00517-WJ-LF   Document 1-8   Filed 07/14/22   Page 4 of 17



| Serial Number | Mfg | Type | Model | Caliber | BLEN | OLEN | Serviceability | Lost Stolen Code | Lost Stolen Date | Disposition Code | Disposition Date |
|---|---|---|---|---|---|---|---|---|---|---|---|
| E1178 | O18 | SR | LT15 | 5.56 | 14.5 | N/A | | | | | |

Remarks

**Owner History**

| COF | Micro | Form | Approved Date | Last Name | Trade Name | Address | City | ST | Zipcode |
|---|---|---|---|---|---|---|---|---|---|
| Y | | FORM 3 | 12-OCT-2010 | TAFOYA JAMES CHRISTOPHER | | | ALBUQUERQUE | NM | 87121 |

| Serial Number | Mfg | Type | Model | Caliber | BLEN | OLEN | Serviceability | Lost Stolen Code | Lost Stolen Date | Disposition Code | Disposition Date |
|---|---|---|---|---|---|---|---|---|---|---|---|
| E1180 | O18 | SR | LT15 | 5.56 | 14.5 | N/A | | | | | |

Remarks

**Owner History**

| COF | Micro | Form | Approved Date | Last Name | Trade Name | Address | City | ST | Zipcode |
|---|---|---|---|---|---|---|---|---|---|
| Y | | FORM 3 | 12-OCT-2010 | TAFOYA JAMES CHRISTOPHER | | | ALBUQUERQUE | NM | 87121 |

| Serial Number | Mfg | Type | Model | Caliber | BLEN | OLEN | Serviceability | Lost Stolen Code | Lost Stolen Date | Disposition Code | Disposition Date |
|---|---|---|---|---|---|---|---|---|---|---|---|
| E1181 | O18 | SR | LT15 | 5.56 | 14.5 | N/A | | | | | |

Remarks

**Owner History**

| COF | Micro | Form | Approved Date | Last Name | Trade Name | Address | City | ST | Zipcode |
|---|---|---|---|---|---|---|---|---|---|
| Y | | FORM 3 | 12-OCT-2010 | TAFOYA JAMES CHRISTOPHER | | | ALBUQUERQUE | NM | 87121 |

************ For Official Use Only ************

Case 1:22-cv-00517-WJ-LF    Document 1-8    Filed 07/14/22    Page 5 of 17

Case 1:22-cv-00517-WJ-LF   Document 1-8   Filed 07/14/22   Page 6 of 17



**NATIONAL FIREARM REGISTRATION AND TRANSFER RECORD**

**Weapon Inventory by Owner**

**From:   1934/01/01   To:   2099/12/31**

| Date |
| --- |
| 01-JUN-2020 |
| Time |
| 15:48:50 |
| Page: 6   of   17 |

| Serial Number | Mfg | Type | Model | Caliber | BLEN | OLEN | Serviceability | Lost Stolen Code | Lost Stolen Date | Disposition Code | Disposition Date |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| FA0765 | QLC | SI | ERECTOR | 22 | | 8 | | | | | |
| | | | Remarks | | | | | | | | |

**Owner History**

| COF | Micro | Form | Approved Date | Last Name | Trade Name | Address | City | ST | Zipcode |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Y | EFORM-294175 | FORM 3 | 13-OCT-2017 | TAFOYA JAMES CHRISTOPHER | JCT FIREARMS | | ALBUQUERQUE | NM | 87121 |

| Serial Number | Mfg | Type | Model | Caliber | BLEN | OLEN | Serviceability | Lost Stolen Code | Lost Stolen Date | Disposition Code | Disposition Date |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| G5854 | V61 | SR | TK1 | 32 | 4.5 | 20.5 | | | | | |
| | | | Remarks | | | | | | | | |

**Owner History**

| COF | Micro | Form | Approved Date | Last Name | Trade Name | Address | City | ST | Zipcode |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Y | | FORM 3 | 18-MAY-2011 | TAFOYA JAMES CHRISTOPHER | | | ALBUQUERQUE | NM | 87121 |

| Serial Number | Mfg | Type | Model | Caliber | BLEN | OLEN | Serviceability | Lost Stolen Code | Lost Stolen Date | Disposition Code | Disposition Date |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| K7AK440 | BUI | SI | KESTREL7.62AK | 7.62 | 0 | 7 | | | | | |
| | | | Remarks | | | | | | | | |

**Owner History**

| COF | Micro | Form | Approved Date | Last Name | Trade Name | Address | City | ST | Zipcode |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Y | | FORM 3 | 08-MAY-2019 | TAFOYA JAMES CHRISTOPHER | JCT MANUFACTURING | | ALBUQUERQUE | NM | 87121 |

************ For Official Use Only *************

### NATIONAL FIREARM REGISTRATION AND TRANSFER RECORD

**Weapon Inventory by Owner**

From: 1934/01/01 To: 2099/12/31

| Date |
|---|
| 01-JUN-2020 |

| Time |
|---|
| 15:48:50 |

Page: 7 of 17



| Serial Number | Mfg | Type | Model | Caliber | BLEN | OLEN | Serviceability | Lost Stolen Code | Lost Stolen Date | Disposition Code | Disposition Date |
|---|---|---|---|---|---|---|---|---|---|---|---|
| KO551650 | ANQ | SR | 107UR | 7.62 | 8.5 | 28.75 | | | | | |

**Remarks**

PRODUCT TYPE IS SHORT BARRELED RIFLE : SHORT BARRELED RIFLE

**Owner History**

| COF | Micro | Form | Approved Date | Last Name | Trade Name | Address | City | ST | Zipcode |
|---|---|---|---|---|---|---|---|---|---|
| Y | EFORM-265997 | FORM 3 | 11-JUL-2017 | TAFOYA JAMES CHRISTOPHER | JCT FIREARMS | | ALBUQUERQUE | NM | 87121 |

| Serial Number | Mfg | Type | Model | Caliber | BLEN | OLEN | Serviceability | Lost Stolen Code | Lost Stolen Date | Disposition Code | Disposition Date |
|---|---|---|---|---|---|---|---|---|---|---|---|
| KW0026 | KHW | SR | KR15 | 5.56 | 10.5 | 30.5 | | | | | |

**Remarks**

**Owner History**

| COF | Micro | Form | Approved Date | Last Name | Trade Name | Address | City | ST | Zipcode |
|---|---|---|---|---|---|---|---|---|---|
| Y | | FORM 3 | 17-MAR-2010 | TAFOYA JAMES CHRISTOPHER | | | ALBUQUERQUE | NM | 87121 |

| Serial Number | Mfg | Type | Model | Caliber | BLEN | OLEN | Serviceability | Lost Stolen Code | Lost Stolen Date | Disposition Code | Disposition Date |
|---|---|---|---|---|---|---|---|---|---|---|---|
| KW0073 | KHW | SR | KR15 | 5.56 | 10.5 | 30.5 | | | | | |

**Remarks**

**Owner History**

| COF | Micro | Form | Approved Date | Last Name | Trade Name | Address | City | ST | Zipcode |
|---|---|---|---|---|---|---|---|---|---|
| Y | | FORM 3 | 22-JAN-2010 | TAFOYA JAMES CHRISTOPHER | | | ALBUQUERQUE | NM | 87121 |

\*\*\*\*\*\*\*\*\*\*\*\* For Official Use Only \*\*\*\*\*\*\*\*\*\*\*\*\*

Case 1:22-cv-00517-WJ-LF   Document 1-8   Filed 07/14/22   Page 7 of 17



| Serial Number | Mfg | Type | Model | Caliber | BLEN | OLEN | Serviceability | Lost Stolen Code | Lost Stolen Date | Disposition Code | Disposition Date |
|---|---|---|---|---|---|---|---|---|---|---|---|
| LE025864 | CLT | SR | AR15 | 5.56 | 11.5 | 30.5 | | | | | |
| | | | Remarks | | | | | | | | |

**Owner History**

| COF | Micro | Form | Approved Date | Last Name | Trade Name | Address | City | ST | Zipcode |
|---|---|---|---|---|---|---|---|---|---|
| Y | | FORM 3 | 04-OCT-2010 | TAFOYA JAMES CHRISTOPHER | | | ALBUQUERQUE | NM | 87121 |

| Serial Number | Mfg | Type | Model | Caliber | BLEN | OLEN | Serviceability | Lost Stolen Code | Lost Stolen Date | Disposition Code | Disposition Date |
|---|---|---|---|---|---|---|---|---|---|---|---|
| LM100806 | T06 | DD | M203 | 40 | 9 | 12 | | | | | |
| | | | Remarks | | | | | | | | |

**Owner History**

| COF | Micro | Form | Approved Date | Last Name | Trade Name | Address | City | ST | Zipcode |
|---|---|---|---|---|---|---|---|---|---|
| Y | | FORM 3 | 20-JUL-2017 | TAFOYA JAMES CHRISTOPHER | JCT FIREARMS | | ALBUQUERQUE | NM | 87121 |

| Serial Number | Mfg | Type | Model | Caliber | BLEN | OLEN | Serviceability | Lost Stolen Code | Lost Stolen Date | Disposition Code | Disposition Date |
|---|---|---|---|---|---|---|---|---|---|---|---|
| LM501234 | T06 | DD | M2032003 | 40 | 12 | 15 | | | | | |
| | | | Remarks | | | | | | | | |

**Owner History**

| COF | Micro | Form | Approved Date | Last Name | Trade Name | Address | City | ST | Zipcode |
|---|---|---|---|---|---|---|---|---|---|
| Y | EFORM-467596 | FORM 3 | 04-DEC-2018 | TAFOYA JAMES CHRISTOPHER | JCT MANUFACTURING | | ALBUQUERQUE | NM | 87121 |

*********** For Official Use Only *************

Case 1:22-cv-00517-WJ-LF   Document 1-8   Filed 07/14/22   Page 8 of 17

# NATIONAL FIREARM REGISTRATION AND TRANSFER RECORD

## Weapon Inventory by Owner

### From: 1934/01/01 To: 2099/12/31

Date 01-JUN-2020

Time 15:48:50

Page: 9 of 17



| Serial Number | Mfg | Type | Model | Caliber | BLEN | OLEN | Serviceability | Lost Stolen Code | Lost Stolen Date | Disposition Code | Disposition Date |
|---|---|---|---|---|---|---|---|---|---|---|---|
| LTA015046 | CLT | SR | AR-15 | 9 | 10.5 | 28.2 | | | | | |
| | | | Remarks | | | | | | | | |

**Owner History**

| COF | Micro | Form | Approved Date | Last Name | Trade Name | Address | City | ST | Zipcode |
|---|---|---|---|---|---|---|---|---|---|
| Y | | FORM 3 | 13-JAN-2017 | TAFOYA JAMES CHRISTOPHER | JCT FIREARMS | | ALBUQUERQUE | NM | 87121 |

| Serial Number | Mfg | Type | Model | Caliber | BLEN | OLEN | Serviceability | Lost Stolen Code | Lost Stolen Date | Disposition Code | Disposition Date |
|---|---|---|---|---|---|---|---|---|---|---|---|
| LTA015047 | CLT | SR | AR-15 | 9 | 10.5 | 28.2 | | | | | |
| | | | Remarks | | | | | | | | |

**Owner History**

| COF | Micro | Form | Approved Date | Last Name | Trade Name | Address | City | ST | Zipcode |
|---|---|---|---|---|---|---|---|---|---|
| Y | | FORM 3 | 13-JAN-2017 | TAFOYA JAMES CHRISTOPHER | JCT FIREARMS | | ALBUQUERQUE | NM | 87121 |

| Serial Number | Mfg | Type | Model | Caliber | BLEN | OLEN | Serviceability | Lost Stolen Code | Lost Stolen Date | Disposition Code | Disposition Date |
|---|---|---|---|---|---|---|---|---|---|---|---|
| N00157 | YHM | SI | NITRO | 30 | N/A | 7.785 | | | | | |
| | | | Remarks | | | | | | | | |

**Owner History**

| COF | Micro | Form | Approved Date | Last Name | Trade Name | Address | City | ST | Zipcode |
|---|---|---|---|---|---|---|---|---|---|
| Y | EFORM-230296 | FORM 3 | 15-JAN-2017 | TAFOYA JAMES CHRISTOPHER | JCT FIREARMS | | ALBUQUERQUE | NM | 87121 |

************ For Official Use Only *************

Case 1:22-cv-00517-WJ-LF    Document 1-8    Filed 07/14/22    Page 10 of 17



NATIONAL FIREARM REGISTRATION AND TRANSFER RECORD

Weapon Inventory by Owner

From:    1934/01/01  To:    2099/12/31

Date: 01-JUN-2020

Time: 15:48:50

Page: 10  of  17

| Serial Number | Mfg | Type | Model | Caliber | BLEN | OLEN | Serviceability | Lost Stolen Code | Lost Stolen Date | Disposition Code | Disposition Date |
|---|---|---|---|---|---|---|---|---|---|---|---|
| N01331 | YHM | SI | NITRO | 30 | N/A | 7.785 | | | | | |

**Remarks**

**Owner History**

| COF | Micro | Form | Approved Date | Last Name | Trade Name | Address | City | ST | Zipcode |
|---|---|---|---|---|---|---|---|---|---|
| Y | EFORM-559991 | FORM 3 | 28-MAY-2019 | TAFOYA JAMES CHRISTOPHER | JCT FIREARMS | | ALBUQUERQUE | NM | 87121 |

| Serial Number | Mfg | Type | Model | Caliber | BLEN | OLEN | Serviceability | Lost Stolen Code | Lost Stolen Date | Disposition Code | Disposition Date |
|---|---|---|---|---|---|---|---|---|---|---|---|
| NSL080276 | X06 | SR | ST15 | 5.56 | 8.1 | 25 | | | | | |

**Remarks**

**Owner History**

| COF | Micro | Form | Approved Date | Last Name | Trade Name | Address | City | ST | Zipcode |
|---|---|---|---|---|---|---|---|---|---|
| Y | EFORM-233673 | FORM 3 | 06-FEB-2017 | TAFOYA JAMES CHRISTOPHER | JCT FIREARMS | | ALBUQUERQUE | NM | 87121 |

| Serial Number | Mfg | Type | Model | Caliber | BLEN | OLEN | Serviceability | Lost Stolen Code | Lost Stolen Date | Disposition Code | Disposition Date |
|---|---|---|---|---|---|---|---|---|---|---|---|
| OMG45K1100 | V85 | SI | OMEGA 45K | 45 | | 7.85 | | | | | |

**Remarks**

**Owner History**

| COF | Micro | Form | Approved Date | Last Name | Trade Name | Address | City | ST | Zipcode |
|---|---|---|---|---|---|---|---|---|---|
| Y | EFORM-598838 | FORM 3 | 01-AUG-2019 | TAFOYA JAMES CHRISTOPHER | JCT MANUFACTURING | | ALBUQUERQUE | NM | 87121 |

************ For Official Use Only *************

Case 1:22-cv-00517-WJ-LF    Document 1-8    Filed 07/14/22    Page 11 of 17



**NATIONAL FIREARM REGISTRATION AND TRANSFER RECORD**

**Weapon Inventory by Owner**

From:  1934/01/01  To:  2099/12/31

| Date |
|---|
| 01-JUN-2020 |
| Time |
| 15:48:50 |
| Page:  11  of  17 |

| Serial Number | Mfg | Type | Model | Caliber | BLEN | OLEN | Serviceability | Lost Stolen Code | Lost Stolen Date | Disposition Code | Disposition Date |
|---|---|---|---|---|---|---|---|---|---|---|---|
| OMG61549 | V85 | SI | OMEGA | 300 | | 7.75 | | | | | |
| | | | Remarks | | | | | | | | |

**Owner History**

| COF | Micro | Form | Approved Date | Last Name | Trade Name | Address | City | ST | Zipcode |
|---|---|---|---|---|---|---|---|---|---|
| Y | EFORM-597921 | FORM 3 | 01-AUG-2019 | TAFOYA JAMES CHRISTOPHER | JCT MANUFACTURING | | ALBUQUERQUE | NM | 87121 |

| Serial Number | Mfg | Type | Model | Caliber | BLEN | OLEN | Serviceability | Lost Stolen Code | Lost Stolen Date | Disposition Code | Disposition Date |
|---|---|---|---|---|---|---|---|---|---|---|---|
| OMG9K14231 | V85 | SI | OMEGA 9 K | 9 | | 4.7 | | | | | |
| | | | Remarks | | | | | | | | |

**Owner History**

| COF | Micro | Form | Approved Date | Last Name | Trade Name | Address | City | ST | Zipcode |
|---|---|---|---|---|---|---|---|---|---|
| Y | EFORM-597921 | FORM 3 | 01-AUG-2019 | TAFOYA JAMES CHRISTOPHER | JCT MANUFACTURING | | ALBUQUERQUE | NM | 87121 |

| Serial Number | Mfg | Type | Model | Caliber | BLEN | OLEN | Serviceability | Lost Stolen Code | Lost Stolen Date | Disposition Code | Disposition Date |
|---|---|---|---|---|---|---|---|---|---|---|---|
| OSPM9635 | V85 | SI | OSPREY MICRO | 22 | | 4.65 | | | | | |
| | | | Remarks | | | | | | | | |

**Owner History**

| COF | Micro | Form | Approved Date | Last Name | Trade Name | Address | City | ST | Zipcode |
|---|---|---|---|---|---|---|---|---|---|
| Y | | FORM 3 | 13-DEC-2016 | TAFOYA JAMES CHRISTOPHER | JCT FIREARMS | | ALBUQUERQUE | NM | 87121 |

*********** For Official Use Only *************

Case 1:22-cv-00517-WJ-LF Document 1-8 Filed 07/14/22 Page 12 of 17



NATIONAL FIREARM REGISTRATION AND TRANSFER RECORD

**Weapon Inventory by Owner**

From: 1934/01/01 To: 2099/12/31

| Serial Number | Mfg | Type | Model | Caliber | BLEN | OLEN | Serviceability | Lost Stolen Code | Lost Stolen Date | Disposition Code | Disposition Date |
|---|---|---|---|---|---|---|---|---|---|---|---|
| OSPM9636 | V85 | SI | OSPREY MICRO | 22 | | 4.65 | | | | | |
| | | | Remarks | | | | | | | | |

**Owner History**

| COF | Micro | Form | Approved Date | Last Name | Trade Name | Address | City | ST | Zipcode |
|---|---|---|---|---|---|---|---|---|---|
| Y | | FORM 3 | 13-DEC-2016 | TAFOYA JAMES CHRISTOPHER | JCT FIREARMS | | ALBUQUERQUE | NM | 87121 |

| Serial Number | Mfg | Type | Model | Caliber | BLEN | OLEN | Serviceability | Lost Stolen Code | Lost Stolen Date | Disposition Code | Disposition Date |
|---|---|---|---|---|---|---|---|---|---|---|---|
| RU3166 | W43 | SI | RU | 22 | N.A | 19.62 | | | | | |
| | | | Remarks | | | | | | | | |

**Owner History**

| COF | Micro | Form | Approved Date | Last Name | Trade Name | Address | City | ST | Zipcode |
|---|---|---|---|---|---|---|---|---|---|
| Y | | FORM 3 | 13-AUG-2010 | TAFOYA JAMES CHRISTOPHER | | | ALBUQUERQUE | NM | 87121 |

| Serial Number | Mfg | Type | Model | Caliber | BLEN | OLEN | Serviceability | Lost Stolen Code | Lost Stolen Date | Disposition Code | Disposition Date |
|---|---|---|---|---|---|---|---|---|---|---|---|
| S0828261 | Q84 | SI | HVTII | 7.62 | N/A | 8.2 | | | | | |
| | | | Remarks | | | | | | | | |

**Owner History**

| COF | Micro | Form | Approved Date | Last Name | Trade Name | Address | City | ST | Zipcode |
|---|---|---|---|---|---|---|---|---|---|
| Y | | FORM 3 | 23-AUG-2010 | TAFOYA JAMES CHRISTOPHER | | | ALBUQUERQUE | NM | 87121 |

\*\*\*\*\*\*\*\*\*\*\*\* For Official Use Only \*\*\*\*\*\*\*\*\*\*\*\*\*

Case 1:22-cv-00517-WJ-LF   Document 1-8   Filed 07/14/22   Page 13 of 17



NATIONAL FIREARM REGISTRATION AND TRANSFER RECORD

Weapon Inventory by Owner

From:   1934/01/01   To:   2099/12/31

Date

01-JUN-2020

Time

15:48:50

Page:  13   of   17

| Serial Number | Mfg | Type | Model | Caliber | BLEN | OLEN | Serviceability | Lost Stolen Code | Lost Stolen Date | Disposition Code | Disposition Date |
|---|---|---|---|---|---|---|---|---|---|---|---|
| S1038299 | Q84 | SI | OUTBACKII | 22 | N/A | 5 | | | | | |
| | | | Remarks | | | | | | | | |

**Owner History**

| COF | Micro | Form | Approved Date | Last Name | Trade Name | Address | City | ST | Zipcode |
|---|---|---|---|---|---|---|---|---|---|
| Y | | FORM 3 | 25-MAR-2010 | TAFOYA JAMES CHRISTOPHER | | | ALBUQUERQUE | NM | 87121 |

| Serial Number | Mfg | Type | Model | Caliber | BLEN | OLEN | Serviceability | Lost Stolen Code | Lost Stolen Date | Disposition Code | Disposition Date |
|---|---|---|---|---|---|---|---|---|---|---|---|
| S1038722 | Q84 | SI | HALO | 5.56 | N/A | 7.2 | | | | | |
| | | | Remarks | | | | | | | | |

**Owner History**

| COF | Micro | Form | Approved Date | Last Name | Trade Name | Address | City | ST | Zipcode |
|---|---|---|---|---|---|---|---|---|---|
| Y | | FORM 3 | 07-APR-2010 | TAFOYA JAMES CHRISTOPHER | | | ALBUQUERQUE | NM | 87121 |

| Serial Number | Mfg | Type | Model | Caliber | BLEN | OLEN | Serviceability | Lost Stolen Code | Lost Stolen Date | Disposition Code | Disposition Date |
|---|---|---|---|---|---|---|---|---|---|---|---|
| S1039034 | Q84 | SI | TREK | 5.56 | N/A | 5.7 | | | | | |
| | | | Remarks | | | | | | | | |

**Owner History**

| COF | Micro | Form | Approved Date | Last Name | Trade Name | Address | City | ST | Zipcode |
|---|---|---|---|---|---|---|---|---|---|
| Y | | FORM 3 | 26-APR-2010 | TAFOYA JAMES CHRISTOPHER | | | ALBUQUERQUE | NM | 87121 |

\*\*\*\*\*\*\*\*\*\*\*\* For Official Use Only \*\*\*\*\*\*\*\*\*\*\*\*\*



NATIONAL FIREARM REGISTRATION AND TRANSFER RECORD

**Weapon Inventory by Owner**

From: 1934/01/01 To: 2099/12/31

| Date |
|------|
| 01-JUN-2020 |
| Time |
| 15:48:50 |
| Page: 14 of 17 |

| Serial Number | Mfg | Type | Model | Caliber | BLEN | OLEN | Serviceability | Lost Stolen Code | Lost Stolen Date | Disposition Code | Disposition Date |
|---|---|---|---|---|---|---|---|---|---|---|---|
| S1039211 | Q84 | SI | QUICKSAND | 7.62 | N/A | 9.2 | | | | | |
| | | | Remarks | | | | | | | | |

**Owner History**

| COF | Micro | Form | Approved Date | Last Name | Trade Name | Address | City | ST | Zipcode |
|---|---|---|---|---|---|---|---|---|---|
| Y | | FORM 3 | 13-MAY-2010 | TAFOYA JAMES CHRISTOPHER | | | ALBUQUERQUE | NM | 87121 |

| Serial Number | Mfg | Type | Model | Caliber | BLEN | OLEN | Serviceability | Lost Stolen Code | Lost Stolen Date | Disposition Code | Disposition Date |
|---|---|---|---|---|---|---|---|---|---|---|---|
| SAL128834 | V85 | SI | SALVO 12 | 12 | | 12.19 | | | | | |
| | | | Remarks | | | | | | | | |

**Owner History**

| COF | Micro | Form | Approved Date | Last Name | Trade Name | Address | City | ST | Zipcode |
|---|---|---|---|---|---|---|---|---|---|
| Y | EFORM-600554 | FORM 3 | 05-AUG-2019 | TAFOYA JAMES CHRISTOPHER | JCT MANUFACTURING | | ALBUQUERQUE | NM | 87121 |

| Serial Number | Mfg | Type | Model | Caliber | BLEN | OLEN | Serviceability | Lost Stolen Code | Lost Stolen Date | Disposition Code | Disposition Date |
|---|---|---|---|---|---|---|---|---|---|---|---|
| SPS36210 | V85 | SI | 22SPARROWSS | 22 | | 5.08 | | | | | |
| | | | Remarks | | | | | | | | |

**Owner History**

| COF | Micro | Form | Approved Date | Last Name | Trade Name | Address | City | ST | Zipcode |
|---|---|---|---|---|---|---|---|---|---|
| Y | EFORM-597921 | FORM 3 | 01-AUG-2019 | TAFOYA JAMES CHRISTOPHER | JCT MANUFACTURING | | ALBUQUERQUE | NM | 87121 |

************ For Official Use Only *************

Case 1:22-cv-00517-WJ-LF    Document 1-8    Filed 07/14/22    Page 14 of 17

Case 1:22-cv-00517-WJ-LF Document 1-8 Filed 07/14/22 Page 15 of 17



**NATIONAL FIREARM REGISTRATION AND TRANSFER RECORD**

**Weapon Inventory by Owner**

From:   1934/01/01   To:   2099/12/31

| Date | 01-JUN-2020 |
|------|-------------|
| Time | 15:48:50 |
| Page: | 15 of 17 |

| Serial Number | Mfg | Type | Model | Caliber | BLEN | OLEN | Serviceability | Lost Stolen Code | Lost Stolen Date | Disposition Code | Disposition Date |
|---|---|---|---|---|---|---|---|---|---|---|---|
| SS0119 | V85 | SI | 22SPARROWSS | 22 | N/A | 5.08 | | | | | |

Remarks

**Owner History**

| COF | Micro | Form | Approved Date | Last Name | Trade Name | Address | City | ST | Zipcode |
|---|---|---|---|---|---|---|---|---|---|
| Y | | FORM 3 | 04-JAN-2011 | TAFOYA JAMES CHRISTOPHER | | | ALBUQUERQUE | NM | 87121 |

| Serial Number | Mfg | Type | Model | Caliber | BLEN | OLEN | Serviceability | Lost Stolen Code | Lost Stolen Date | Disposition Code | Disposition Date |
|---|---|---|---|---|---|---|---|---|---|---|---|
| SW7628072 | V85 | SI | SPECWAR762 | 7.62 | | 9 | | | | | |

Remarks

**Owner History**

| COF | Micro | Form | Approved Date | Last Name | Trade Name | Address | City | ST | Zipcode |
|---|---|---|---|---|---|---|---|---|---|
| Y | EFORM-277264 | FORM 3 | 15-AUG-2017 | TAFOYA JAMES CHRISTOPHER | JCT FIREARMS | | ALBUQUERQUE | NM | 87121 |

| Serial Number | Mfg | Type | Model | Caliber | BLEN | OLEN | Serviceability | Lost Stolen Code | Lost Stolen Date | Disposition Code | Disposition Date |
|---|---|---|---|---|---|---|---|---|---|---|---|
| TP004533 | SIG | SR | 556 | 223 | 10 | 30 | | | | | |

Remarks

**Owner History**

| COF | Micro | Form | Approved Date | Last Name | Trade Name | Address | City | ST | Zipcode |
|---|---|---|---|---|---|---|---|---|---|
| Y | T05502 | FORM 1 | 25-JUN-2010 | TAFOYA JAMES CHRISTOPHER | | | ALBUQUERQUE | NM | 87121 |

\*\*\*\*\*\*\*\*\*\*\*\* For Official Use Only \*\*\*\*\*\*\*\*\*\*\*\*\*



NATIONAL FIREARM REGISTRATION AND TRANSFER RECORD

**Weapon Inventory by Owner**

From:  1934/01/01  To:  2099/12/31

| Date |
|---|
| 01-JUN-2020 |

| Time |
|---|
| 15:48:50 |

Page:  16  of  17

| Serial Number | Mfg | Type | Model | Caliber | BLEN | OLEN | Serviceability | Lost Stolen Code | Lost Stolen Date | Disposition Code | Disposition Date |
|---|---|---|---|---|---|---|---|---|---|---|---|
| TSS1205002 | Y29 | SI | CASCADE | 22 | 0 | 5.2 | | | | | |
| | | | Remarks | | | | | | | | |

**Owner History**

| COF | Micro | Form | Approved Date | Last Name | Trade Name | Address | City | ST | Zipcode |
|---|---|---|---|---|---|---|---|---|---|
| Y | | FORM 3 | 26-MAR-2013 | TAFOYA JAMES CHRISTOPHER | JCT FIREARMS | | ALBUQUERQUE | NM | 87121 |

| Serial Number | Mfg | Type | Model | Caliber | BLEN | OLEN | Serviceability | Lost Stolen Code | Lost Stolen Date | Disposition Code | Disposition Date |
|---|---|---|---|---|---|---|---|---|---|---|---|
| US170320 | BT6 | SI | SD-988100-US | 9 | | 8.18 | | | | | |
| | | | Remarks | | | | | | | | |

**Owner History**

| COF | Micro | Form | Approved Date | Last Name | Trade Name | Address | City | ST | Zipcode |
|---|---|---|---|---|---|---|---|---|---|
| Y | EFORM-293387 | FORM 3 | 11-OCT-2017 | TAFOYA JAMES CHRISTOPHER | JCT FIREARMS | | ALBUQUERQUE | NM | 87121 |

************ For Official Use Only *************

Case 1:22-cv-00517-WJ-LF   Document 1-8   Filed 07/14/22   Page 16 of 17



NATIONAL FIREARM REGISTRATION AND TRANSFER RECORD

**Weapon Inventory**

**Report Run Parameters**

Date

01-JUN-2020

Time

15:48:50

Page: 17    of    17

Last Name

**TAFOYA%**

First Name

**james%**

Middle Name

**christ%**

Trade Name

**%**

Form

**%**

Type

**%**

City

**%**

State

**%**

Display Weapon History

**N**

**Status Date**

**From**

**1934/01/01**

**To**

**2099/12/31**

\*\*\*\*\*\*\*\*\*\*\*\* For Official Use Only \*\*\*\*\*\*\*\*\*\*\*\*\*

Case 1:22-cv-00517-WJ-LF    Document 1-8    Filed 07/14/22    Page 17 of 17