**Exhibit 8**

To ensure timely receipt and processing of your claim or petition, please file online at www.Forfeiture.gov.

If you don't have access to the internet you can mail in your claim or petition.

**THE DEPARTMENT OF JUSTICE WILL CONTACT YOU CONCERNING YOUR CLAIM WITHIN 120 DAYS FROM THE DATE OF ITS RECEIPT.**

**After 120 days, you can contact** OM-AFSPD-LRT@ATF.GOV

**Exhibit 8**



**U.S. Department of Justice**

Bureau of Alcohol, Tobacco, Firearms and Explosives

*Washington, DC 20226*
*www.atf.gov*

James TAFOYA

Albuquerque, NM 87121

# NOTICE OF SEIZURE OF PROPERTY AND INITIATION OF ADMINISTRATIVE FORFEITURE PROCEEDINGS

## SEIZED PROPERTY IDENTIFYING INFORMATION

| Notice Date: January 12, 2022 | Asset ID Number: Multiple Assets |
|---|---|
| Notice Letter ID: 328743 (use ID when searching for assets during online filing) ||
| Description of Seized Property: See Attached List ||
| Seizure Date and Location: See Attached List ||
| Forfeiture Authority: See Attached List ||

I. **THE GOVERNMENT MAY CONSIDER GRANTING PETITIONS FOR REMISSION OR MITIGATION, WHICH PARDONS ALL OR PART OF THE PROPERTY FROM THE FORFEITURE.**

**TO REQUEST A PARDON OF THE PROPERTY YOU MUST FILE A PETITION FOR REMISSION OR MITIGATION**

A. **What to File:** You may file both a claim (see section II below) and a Petition for Remission or Mitigation (Petition). If you file only a petition and no one else files a claim, your petition will be decided by the seizing agency.

B. **To File a Petition:** A petition should be filed online or by mailing it via the U.S. Postal Service or a Commercial Delivery Service to the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF), Forfeiture Counsel, Asset Forfeiture & Seized Property Division, 99 New York Avenue., NE AFSPD Room (3.N.600), Washington, DC 20226. It must be received no later than 11:59 PM EST thirty (30) days of your receipt of this Notice. See 28 C.F.R. Parts 8 and 9.

C. **Requirements for Petition:** The petition must include a description of your interest in the property supported by documentation and any facts you believe justify the return of the property and be **signed under oath,** subject to the penalty of perjury or meet the requirements of an unsworn statement under penalty of perjury. See 28 U.S.C. § 1746.

D. **Petition Forms:** A petition need not be made in any particular form but a standard petition form and the link to file the petition online are available at https://www.forfeiture.gov/FilingPetition.htm. If you wish to file a petition online for the assets referenced in the asset list of this letter, please use the Notice Letter ID referenced above.

E. **Supporting Evidence:** Although not required, you may submit supporting evidence (for example, title paperwork or bank records showing your interest in the seized property) to substantiate your petition.

F. **No Attorney Required:** You do not need an attorney to file a petition. You may, however, hire an attorney to represent you in filing a petition.

G. **Petition Granting Authority:** The ruling official in administrative forfeiture cases is the Associate Chief Counsel, Office of Chief Counsel. The ruling official in judicial forfeiture cases is the Chief, Money Laundering and Asset Recovery Section, Criminal Division, Department of Justice. See 28 C.F.R. § 9.1.

H. **Regulations for Petition:** The Regulations governing the petition process are set forth in 28 C.F.R. Part 9, and are available at www.forfeiture.gov.

I. **Penalties for Filing False or Frivolous Petitions:** A petition containing false information may subject the petitioner to criminal prosecution under 18 U.S.C. § 1001 and 18 U.S.C. § 1621.

J. **Online Petition Exclusions:** If you cannot find the desired assets online, you must file your petition in writing at the address listed above. For more details regarding what assets can be petitioned online, please see the Frequently Asked Questions at https://www.forfeiture.gov/FilingPetitionFAQs.htm.

James TAFOYA                                          Notice of Seizure

**II. TO CONTEST THE FORFEITURE OF THIS PROPERTY IN UNITED STATES DISTRICT COURT YOU MUST FILE A CLAIM.** *If you do not file a claim, you will waive your right to contest the forfeiture of the asset. Additionally, if no other claims are filed, you may not be able to contest the forfeiture of this asset in any other proceeding, criminal or civil.*

A.  **To File a Claim:** A claim must be filed to contest the forfeiture. A claim should be filed by mailing it via the U.S. Postal Service or a Commercial Delivery Service to the ATF, Forfeiture Counsel, Asset Forfeiture & Seized Property Division, 99 New York Avenue., NE AFSPD Room (3.N.600), Washington, DC 20226.

B.  **Time Limits:** A claim must be filed within 20 days of the date of this letter; therefore, you must file your claim by **February 01, 2022.** *See* 19 U.S.C. § 1608. A claim is deemed filed on the date received by the agency at the address listed above.

C.  **Requirements for Claim:** A claim must be in writing, describe the seized property, state your ownership or other interest in the property and be **made under oath**, subject to penalty of perjury or meet the requirements of an unsworn statement under penalty of perjury. *See* 28 U.S.C. § 1746. Due to the cost bond requirement explained below, these claims cannot be filed online.

D.  **Cost Bond:** The claim must be accompanied by a cost bond in the amount of $5,000 or ten percent (10%) of the value of the claimed property, whichever is lower, but not less than $250, made payable to ATF. If you are unable to post a cost bond, you may request that ATF waive the cost bond requirement by submitting an In Forma Pauperis Cost Bond Waiver Petition to ATF Forfeiture Counsel. The cost bond must be in the form of a cashier's check or money order. No personal checks will be accepted. *See* 19 U.S.C. § 1608.

E.  **Claim Forms:** A claim need not be made in any particular form, but a claim form is available at www.forfeiture.gov, which you may print and deliver to the agency pursuant to the instructions above. *See* 18 U.S.C. § 983(a)(2)(D).

F.  **Supporting Evidence:** Although not required, you may submit supporting evidence (for example, title paperwork or bank records showing your interest in the seized property) to substantiate your claim.

G.  **No Attorney Required:** You do not need an attorney to file a claim. You may, however, hire an attorney to represent you in filing a claim.

H.  **When You File a Claim:** A timely claim stops the administrative forfeiture proceeding. The seizing agency forwards the timely claim to the U.S. Attorney's Office for further proceedings. You may also file a petition for remission or mitigation.

I.  **Penalties for Filing False or Frivolous Claims:** If you intentionally file a claim containing false information, you may be subject to criminal prosecution. *See* 18 U.S.C. § 1001.

J.  **If No Claim is Filed:** Failure to file a claim by **February 01, 2022** may result in the property being forfeited to the United States.

James TAFOYA                                Notice of Seizure

**Asset List**

**Seizure Date and Location:** The asset(s) referenced in this notice letter were seized on November 30, 2021 by the ATF at Albuquerque, New Mexico.

**Forfeiture Authority:** The forfeiture of this property has been initiated pursuant to 26 USC Section 5872 and the following additional federal laws: 19 U.S.C. §§ 1602-1619, 18 U.S.C. § 983 and 28 C.F.R. Parts 8 and 9.

| ASSET ID | ASSET DESCRIPTION | ASSET VALUE | ACCT/VIN/SERIAL NO |
|---|---|---|---|
| 22-ATF-006013 | Unknown unknown machine gun CAL:zz SN:8857098 | $1,000.00 | 8857098 |
| 22-ATF-006025 | F.N. (FN HERSTAL) P90 Machine gun CAL:57 SN:FN020112 | $1,000.00 | FN020112 |
| 22-ATF-006033 | Unkown unknown machine gun CAL:zz SN:002423 | $1,000.00 | 002423 |
| 22-ATF-006036 | OHIO ORDNANCE WORKS OOW 240 Machine Gun CAL:762 SN:707937 | $1,000.00 | 707937 |
| 22-ATF-006039 | ISRAEL WEAPON IND- IWI (ISRAEL MILITARY IND- IMI) MINI UZI Machine gun CAL:9 SN:111883 | $1,000.00 | 111883 |
| 22-ATF-006041 | HECKLER AND KOCH MP5 Machine gun CAL:9 SN:69967 | $1,000.00 | 69967 |
| 22-ATF-006043 | HECKLER AND KOCH UMP machine gun CAL:40 SN:162002577 | $1,000.00 | 162002577 |
| 22-ATF-006045 | Colt M16A2 COMMANDO Machine gun CAL:556 SN:A0156370 | $1,000.00 | A0156370 |
| 22-ATF-006049 | HECKLER AND KOCH MP5 Machine gun CAL:40 SN:69139 | $1,000.00 | 69139 |
| 22-ATF-006050 | HECKLER AND KOCH MP7 Machine Gun CAL:46 SN:164-013788 | $1,000.00 | 164-013788 |
| 22-ATF-006051 | Unknown Unknown Machine gun CAL:zz SN:8140 | $1,000.00 | 8140 |
| 22-ATF-006052 | SIG-SAUER SG551 Machine gun CAL:223 SN:411025 | $1,000.00 | 411025 |
| 22-ATF-006057 | ARSENAL CO. BULGARIA SLR-107UR rifle CAL:762 SN:KO551650 | $1,000.00 | KO551650 |
| 22-ATF-006066 | KRISS USA INC. (TRANSFORMATIONAL DEFENSE IND) KRISS VECTOR SM machine gun CAL:45 SN:45S000239 | $1,000.00 | 45S000239 |
| 22-ATF-006068 | Unknown Unknown Machine gun CAL:zz SN:SK14604 | $1,000.00 | SK14604 |
| 22-ATF-006071 | HECKLER AND KOCH G36KE Machine gun CAL:556 SN:84003149 | $1,000.00 | 84003149 |
| 22-ATF-006073 | CZ (CESKA ZBROJOVKA) unknown Machine gun CAL:zz SN:B278874 | $1,000.00 | B278874 |
| 22-ATF-006075 | HECKLER AND KOCH G36 Machine gun CAL:223 SN:831032 | $1,000.00 | 831032 |
| 22-ATF-006077 | Colt M4 machine gun CAL:223 SN:A0103320 | $1,000.00 | A0103320 |
| 22-ATF-006078 | SPRINGFIELD ARMORY,GENESEO,IL unknown Rifle CAL:zz SN:63001837 | $1,000.00 | 63001837 |
| 22-ATF-006087 | ISRAEL WEAPON IND- IWI MINI UZI Machine gun CAL:9 SN:114104 | $1,000.00 | 114104 |
| 22-ATF-006090 | DSA Inc unknown Machine gun CAL:zz SN:12556995 | $1,000.00 | 12556995 |
| 22-ATF-006100 | HECKLER AND KOCH MP5 Machine gun CAL:9 SN:6421834 | $1,000.00 | 6421834 |
| 22-ATF-006101 | HECKLER AND KOCH MP5 Machine gun CAL:9 SN:6421834 | $1,000.00 | D174842 |
| 22-ATF-006103 | CZ (CESKA ZBROJOVKA) unknown Machine gun CAL:zz SN:52074 | $1,000.00 | 52074 |
| 22-ATF-006124 | CZ (CESKA ZBROJOVKA) Unknown Machine gun CAL:zz SN:C926574 | $1,000.00 | C926574 |
| 22-ATF-006126 | SPRINGFIELD ARMORY,GENESEO,IL unknown Machine gun CAL:zz SN:642822 | $1,000.00 | 642822 |
| 22-ATF-006130 | HECKLER & KOCH INC MP5 Machine gun CAL:9 SN:691970 | $1,000.00 | 691970 |

James TAFOYA                                        Notice of Seizure

| | | | |
|---|---|---|---|
| 22-ATF-006133 | Sig-Sauer MPX machine gun CAL:9 SN:62B056166 | $1,000.00 | 62B056166 |
| 22-ATF-006137 | Unknown Unkown Machine gun CAL:zz SN:06589 | $1,000.00 | 06589 |
| 22-ATF-006138 | ZASTAVA unknown Machine gun CAL:zz SN:43711 | $1,000.00 | 43711 |
| 22-ATF-006139 | POF USA (PATRIOT ORDNANCE FACTORY) P-416 Machine CAL:223 SN:13BC10027 | $1,000.00 | 13BC10027 |
| 22-ATF-006140 | OHIO ORDNANCE WORKS unknown Machine gun CAL:zz SN:251063 | $1,000.00 | 251063 |
| 22-ATF-006142 | ZASTAVA M70 Rifle CAL:762 SN:B-114936 | $1,000.00 | B-114936 |
| 22-ATF-006143 | GLOCK GMBH 18 Machine gun CAL:9 SN:YYK023 | $1,000.00 | YYK023 |
| 22-ATF-006144 | ROCK ISLAND ARMORY INC. (GENESEO, IL) M60 Machine gun CAL:308 SN:10889 | $1,000.00 | 10889 |
| 22-ATF-006145 | HECKLER AND KOCH MP5 Machine gun CAL:40 SN:69-1969 | $1,000.00 | 69-1969 |
| 22-ATF-006146 | Heckler and Koch UMP Machine gun CAL:40 SN:162001047 | $1,000.00 | 162001047 |
| 22-ATF-006147 | Unknown Unknown Machine gun CAL:zz SN:94-0051288 | $1,000.00 | 94-0051288 |
| 22-ATF-006148 | Colt M16A2 Machine CAL:556 SN:A0103321 | $1,000.00 | A0103321 |
| 22-ATF-006149 | DAEWOO unknown Machine gun CAL:zz SN:1000095FA | $1,000.00 | 1000095FA |
| 22-ATF-006150 | Unknown Unknown Machine gun CAL:zz SN:09516 | $1,000.00 | 09516 |
| 22-ATF-006151 | Colt AR-15A4 LW LE C Rifle CAL:556 SN:CAR018508 | $1,000.00 | CAR018508 |
| 22-ATF-006152 | unknown unknown Machine gun CAL:zz SN:EG1918 | $1,000.00 | EG1918 |
| 22-ATF-006153 | FEG AMD63 Rifle CAL:762 SN:A184067 | $1,000.00 | A184067 |
| 22-ATF-006154 | BCI DEFENSE LLC SQS15 Rifle CAL:multi SN:BCI 09274 | $1,000.00 | BCI 09274 |
| 22-ATF-006156 | HECKLER AND KOCH MP5 Machine gun CAL:9 SN:62410314 | $1,000.00 | 62410314 |
| 22-ATF-006689 | SPRINGFIELD ARMORY,GENESEO,IL M1A Rifle CAL:ZZ SN:283772, | $1,000.00 | 283772 |
| 22-ATF-006692 | F.N. (FN HERSTAL) SCAR 17 Machine gun CAL:762 SN:H011938 | $1,000.00 | H011938 |
| 22-ATF-006693 | Unknown Unknown Unknown CAL:zz SN:005 | $1,000.00 | 005 |
| 22-ATF-006694 | Colt SMG Machine gun CAL:9 SN:HT009913 | $1,000.00 | HT009913 |
| 22-ATF-006695 | LEWIS MACHINE AND TOOL CO M203 destructive dev CAL:40 SN:LM100806 | $1,000.00 | LM100806 |
| 22-ATF-006697 | F.N. (FN HERSTAL unknown machine gun CAL:zz SN:L013227 | $1,000.00 | L013227 |
| 22-ATF-006698 | DSA INC SA58 Rifle CAL:762 SN:DS25798 | $1,000.00 | DS25798 |
| 22-ATF-006700 | CZECH SMALL ARMS SA VZ61 pistol CAL:zz SN:21506 | $1,000.00 | 21506 |
| 22-ATF-006701 | LEWIS MACHINE AND TOOL CO M203 Machine gun CAL:40 SN:LM500744 | $1,000.00 | LM500744 |
| 22-ATF-006703 | HECKLER AND KOCH MP5 machine gun CAL:9 SN:62410306 | $1,000.00 | 62410306 |
| 22-ATF-006706 | Colt M4LE Rifle CAL:556 SN:LE025864 | $1,000.00 | LE025864 |
| 22-ATF-006707 | Unknown Unknown machine gun CAL:zz SN:06595 | $1,000.00 | 06595 |
| 22-ATF-006714 | F.N. (FN HERSTAL) L2A1 Machine gun CAL:762 SN:A109539 | $1,000.00 | A109539 |
| 22-ATF-006716 | CZECH SMALL ARMS SA VZ58 Sporter rifle CAL:762 SN:66370 | $1,000.00 | 66370 |
| 22-ATF-006717 | BRUGGER & THOMET AG (B&T AG) unknown machine gun CAL:zz SN:2035621 | $1,000.00 | 2035621 |
| 22-ATF-006718 | HECKLER AND KOCH unknown machine gun CAL:zz SN:11141 | $1,000.00 | 11141 |
| 22-ATF-006719 | unknown unknown machine gun CAL:zz SN:00086 | $1,000.00 | 00086 |
| 22-ATF-006721 | unknown unknown machine gun CAL:zz SN:06582 | $1,000.00 | 06582 |
| 22-ATF-006723 | F.N. (FN HERSTAL) unknown machine gun CAL:zz SN:127 | $1,000.00 | 127 |
| 22-ATF-006726 | CZ USA unknown rifle CAL:zz SN:B441037 | $1,000.00 | B441037 |
| 22-ATF-006728 | Unknown unknown machine gun CAL:zz SN:09513 | $1,000.00 | 09513 |

James TAFOYA                                        Notice of Seizure

| 22-ATF-006730 | OHIO ORDNANCE WORKS unknown machine gun CAL:zz SN:251064 | $1,000.00 | 251064 |
| 22-ATF-006733 | unknown unknown machine gun CAL:zz SN:06703 | $1,000.00 | 06703 |
| 22-ATF-006736 | BERETTA, PIETRO S.P.A 12 machine gun CAL:9 SN:F38231 | $1,000.00 | F38231 |
| 22-ATF-006741 | HECKLER AND KOCH MP5 machine gun CAL:9 SN:62410315 | $1,000.00 | 62410315 |
| 22-ATF-006742 | HECKLER AND KOCH MP5 machine gun CAL:40 SN:69-1713 | $1,000.00 | 69-1713 |
| 22-ATF-006752 | Ruger unknown machine gun CAL:zz SN:45000507 | $1,000.00 | 45000507 |
| 22-ATF-006753 | unknown unknown machine gun CAL:zz SN:01647 | $1,000.00 | 01647 |
| 22-ATF-006754 | unknown unknown machine gun CAL:zz SN:09522 | $1,000.00 | 09522 |
| 22-ATF-006755 | DOUBLE STAR CORP STAR 16 machine gun CAL:223 SN:DSCM1304 | $1,000.00 | DSCM1304 |
| 22-ATF-006756 | Colt SMG machine gun CAL:9 SN:HT008045 | $1,000.00 | HT008045 |
| 22-ATF-006757 | SIG-SAUER MPX Machine gun CAL:9 SN:62B056199 | $1,000.00 | 62B056199 |
| 22-ATF-006758 | Ruger MINI 14 rifle CAL:223 SN:19201259 | $1,000.00 | 19201259 |
| 22-ATF-006760 | unknown unknown machine gun CAL:zz SN:06583 | $1,000.00 | 06583 |
| 22-ATF-006761 | SIG (SWISS INDUSTRIAL GROUP) unknown machine gun CAL:zz SN:162792 | $1,000.00 | 162792 |
| 22-ATF-006762 | HECKLER AND KOCH MP7 machine gun CAL:46 SN:164013785 | $1,000.00 | 164013785 |
| 22-ATF-006763 | SPIKE'S TACTICAL LLC ST15 rifle CAL:multi SN:080276 | $1,000.00 | 080276 |
| 22-ATF-006764 | F.N. (FN HERSTAL) P90 machine gun CAL:57 SN:FN098106 | $1,000.00 | FN098106 |
| 22-ATF-006801 | HECKLER & KOCH INC UMP machine gun CAL:40 SN:162-000441 | $1,000.00 | 162-000441 |
| 22-ATF-006802 | OHIO ORDNANCE WORKS unknown machine gun CAL:zz SN:251062 | $1,000.00 | 251062 |
| 22-ATF-006804 | BRUGGER & THOMET AG (B&T AG) unknown machine gun CAL:zz SN:07-10944 | $1,000.00 | 07-10944 |
| 22-ATF-006805 | CMMG INC MOD4 SA rifle CAL:223 SN:SA0663 | $1,000.00 | SA0663 |
| 22-ATF-006806 | ZASTAVA unknown machine gun CAL:zz SN:B26112 | $1,000.00 | B26112 |
| 22-ATF-006808 | unknown unknown machine gun CAL:zz SN:00093 | $1,000.00 | 00093 |
| 22-ATF-006810 | Unknown unknown machine gun CAL:zz SN:89-0005252 | $1,000.00 | 89-0005252 |
| 22-ATF-006811 | HECKLER AND KOCH MP5 machine CAL:9 SN:63101762 | $1,000.00 | 63101762 |
| 22-ATF-006812 | GLOCK GMBH unknown machine gun CAL:zz SN:DDE512 | $1,000.00 | DDE512 |
| 22-ATF-006813 | SIG-SAUER MPX machine gun CAL:9 SN:62B056198 | $1,000.00 | 62B056198 |
| 22-ATF-006814 | HECKLER & KOCH INC MP5 machine gun CAL:9 SN:62-410307 | $1,000.00 | 62-410307 |
| 22-ATF-006815 | BRUGGER & THOMET AG (B&T AG) APC9 rifle CAL:9 SN:20-35623 | $1,000.00 | 20-35623 |