**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

**JAMES TAFOYA and
TIMOTHY WOOD,**

      *Petitioner,*

v.                                      No.  1:22-cv-00517-SCY-LF

**UNITED STATES OF AMERICA,**

      *Respondent.*

## AFFIDAVIT OF SERVICE

**STATE OF NEW MEXICO**    )
**COUNTY OF BERNALILLO**   )

I, Michael Tinker, being duly sworn, do hereby state and swear to the following:

1. I am a process server retained by Rothstein Donatelli LLP to effect service of process on Defendant United States of America in the above-captioned case.

2. On July 15, 2022, I hand delivered and served a copy of the Summons and of the filed Petition (Dkt. 1) together with a copy of the Notice of Assignment and Consent (Dkt. 2) to the United States Attorney for the District of New Mexico, Alex M. M. Uballez at 201 Third St. NW, Suite 900, Albuquerque, New Mexico 87102 at approximately 2:10 p.m. by Mark Valdez, Contract Specialist designated by law to accept service of process on behalf of United States Attorney Alex M. M. Uballez.

3. On July 15, 2022, I mailed a certified copy of the Summons, Petition and Notice of Assignment and Consent to the United States Attorney General Merrick B. Garland, U.S. Department of Justice, 950 Pennsylvania Ave., NW, Washington, DC 20530-0001 via certified mail, tracking number 9171 9690 0935 0184 6955 18.

4. On July 15, 2022, I mailed a certified copy of the Summons, Petition and Notice of Assignment and Consent to Agent Timothy Moore, ATF Bureau of Alcohol,

Tobacco, Firearms and Explosives, 31 Hopkins Plaza, 5th Floor, Baltimore, Maryland 21201, tracking number 9171 9690 0935 0184 6955 25; P. Michael Cunningham, Assistant United States Attorney, 36 S. Charles Street, 4th Floor, Baltimore, Maryland 21201 via certified mail,  tracking number 9171 9690 0935 0184 6955 49; and Christina Hoffman, Assistant United States Attorney, 36 S. Charles Street, 4th Floor, Baltimore, Maryland 21201 via certified mail, tracking number 9171 9690 0935 0184 6955 32.

I HEREBY AFFIRM, under penalty of perjury that all the information contained in this affidavit is true and accurate to the best of my knowledge and belief.

FURTHER AFFIANT SAYETH NAUGHT.

**Michael Tinker**, Process Server

SUBSCRIBED AND SWORN to before me this __15th__ day of July 2022, by Michael Tinker, Process Server.

NOTARY PUBLIC

My Commission Expires:

2/5/2024

STATE OF NEW MEXICO
NOTARY PUBLIC
Patricia R. Sanchez
Commission No. 1080053
February 05, 2024

2