## Nicholas T. Hart

**From:**       Hoffman, Christina (USAMD) <Christina.Hoffman@usdoj.gov>
**Sent:**       Tuesday, February 22, 2022 10:50 AM
**To:**         Nicholas T. Hart
**Cc:**         Moore, Timothy; Carter B. Harrison IV; Cunningham, Michael (USAMD); Nugent, James A.; James Valerio
**Subject:**    RE: Introductions
**Attachments:** Proffer Letter - Timothy Wood - Signed by USAONM.pdf


Hi Nick,

Here's a proffer letter, also signed by the District of New Mexico.  I think we've given you a general overview of the investigation and what we believe your client knows.  As we mentioned on the phone, based on what we know now, we view him as a witness.  Assuming he is honest and forthcoming, that is exceedingly unlikely to change.  I do believe a proffer is in his best interest.   Let us know if you have specific questions or concerns.

Thank you,
Christina

**From:** Nicholas T. Hart <nick@harrisonhartlaw.com>
**Sent:** Wednesday, February 9, 2022 1:56 PM
**To:** Hoffman, Christina (USAMD) <choffman@usa.doj.gov>
**Cc:** Moore, Timothy <Timothy.Moore@atf.gov>; Carter B. Harrison IV <carter@harrisonhartlaw.com>; Cunningham, Michael (USAMD) <mcunningham@usa.doj.gov>; Nugent, James A. <James.Nugent@atf.gov>; James Valerio <james@harrisonhartlaw.com>
**Subject:** [EXTERNAL] Re: Introductions

Thanks, Christina. Please send a Kastigar letter when possible.

I will meet with him this week. But I remain very concerned about having my client proffer when I know so little about the investigation. Hopefully we can make some progress on that front as well.

I understand your hesitancy, but I hope you understand mine as well.

-Nick


————
Nicholas T. Hart
Harrison & Hart, LLC
924 Park Ave SW, Suite E
Albuquerque, NM 87102
(505) 295-3261
nick@harrisonhartlaw.com

Sent from my iPhone


On Feb 7, 2022, at 1:31 PM, Hoffman, Christina (USAMD) <Christina.Hoffman@usdoj.gov> wrote:

1

**EXHIBIT 1**

Hi Nick,

It was good talking to you on Friday.  I spoke to our counterparts in the District of New Mexico today, and they have no problem agreeing to be bound by our proffer letter.  They also are not aware of any parallel investigations into Mr. Wood in their jurisdiction.

Please let us know some dates that would work for you once you've had a chance to discuss it with Mr. Wood.

Thank you,
Christina

---

**From:** Nicholas T. Hart <nick@harrisonhartlaw.com>
**Sent:** Wednesday, February 2, 2022 10:53 AM
**To:** Hoffman, Christina (USAMD) <choffman@usa.doj.gov>
**Cc:** Moore, Timothy <Timothy.Moore@atf.gov>; Carter B. Harrison IV <carter@harrisonhartlaw.com>; Cunningham, Michael (USAMD) <mcunningham@usa.doj.gov>; Nugent, James A. <James.Nugent@atf.gov>; James Valerio <james@harrisonhartlaw.com>
**Subject:** [EXTERNAL] RE: Introductions

You're in Maryland, correct?  If so, how does 3:30 Eastern/1:30 Mountain work?

-----
Nicholas T. Hart
Harrison & Hart, LLC
924 Park Ave SW, Suite E
Albuquerque, NM 87102
(505) 295-3261
nick@harrisonhartlaw.com

---

**From:** Hoffman, Christina (USAMD) <Christina.Hoffman@usdoj.gov>
**Sent:** Wednesday, February 2, 2022 8:42 AM
**To:** Nicholas T. Hart <nick@harrisonhartlaw.com>
**Cc:** Moore, Timothy <Timothy.Moore3@usdoj.gov>; Carter B. Harrison IV <carter@harrisonhartlaw.com>; Cunningham, Michael (USAMD) <Michael.Cunningham@usdoj.gov>; Nugent, James A. <James.A.Nugent2@usdoj.gov>; James Valerio <james@harrisonhartlaw.com>
**Subject:** RE: Introductions

I could talk Friday before 1:30PM or after 3PM.

---

**From:** Nicholas T. Hart <nick@harrisonhartlaw.com>
**Sent:** Wednesday, February 2, 2022 10:19 AM
**To:** Hoffman, Christina (USAMD) <choffman@usa.doj.gov>
**Cc:** Moore, Timothy <Timothy.Moore@atf.gov>; Carter B. Harrison IV <carter@harrisonhartlaw.com>; Cunningham, Michael (USAMD) <mcunningham@usa.doj.gov>; Nugent, James A. <James.Nugent@atf.gov>; James Valerio <james@harrisonhartlaw.com>
**Subject:** [EXTERNAL] Re: Introductions

Christina,

Thank you for following up. I had to write 3 briefs last week and just forgot to respond.

I have a lot of availability tomorrow and Friday. What works for you?

-Nick

————

Nicholas T. Hart
Harrison & Hart, LLC
924 Park Ave SW, Suite E
Albuquerque, NM 87102
(505) 295-3261
nick@harrisonhartlaw.com

Sent from my iPhone

> On Feb 2, 2022, at 7:41 AM, Hoffman, Christina (USAMD) <Christina.Hoffman@usdoj.gov> wrote:
>
> Nick,
>
> Circling back on Mr. Wood. When's a good time to talk?
>
> Thanks,
>
> Christina A. Hoffman
> Assistant U.S. Attorney, District of Maryland
> 36 S. Charles St., 4th Floor
> Baltimore, Maryland 21201
> (410) 209-4871
>
> Sent from my iPhone
>
>> On Jan 27, 2022, at 1:39 PM, Hoffman, Christina (USAMD) <choffman@usa.doj.gov> wrote:
>>
>> Hi Nick,
>>
>> I hope your trial went well.  Yes, we'd like to have a phone call, and we're interesting in setting up a proffer with Mr. Wood in the near future.  Let us know if there's a time that works for you.  I'm at 410-725-1809, and Mike is 410-209-4884.
>>
>> Thank you,
>> Christina
>>
>> **From:** Nicholas T. Hart <nick@harrisonhartlaw.com>
>> **Sent:** Thursday, January 27, 2022 1:35 PM

**To:** Moore, Timothy <Timothy.Moore@atf.gov>; Carter B. Harrison IV <carter@harrisonhartlaw.com>; Hoffman, Christina (USAMD) <choffman@usa.doj.gov>; Cunningham, Michael (USAMD) <mcunningham@usa.doj.gov>; Warwick, James (USAMD) <James.Warwick@usdoj.gov>
**Cc:** Nugent, James A. <James.Nugent@atf.gov>; James Valerio <james@harrisonhartlaw.com>
**Subject:** [EXTERNAL] RE: Introductions

Hello all –

I am following up again to see if we can set up a time to do some introductions and have some preliminary discussions on this.

Thanks,
Nick

-----
Nicholas T. Hart
Harrison & Hart, LLC
924 Park Ave SW, Suite E
Albuquerque, NM 87102
(505) 295-3261
nick@harrisonhartlaw.com

**From:** Moore, Timothy <Timothy.Moore3@usdoj.gov>
**Sent:** Wednesday, December 22, 2021 10:37 AM
**To:** Nicholas T. Hart <nick@harrisonhartlaw.com>; Carter B. Harrison IV <carter@harrisonhartlaw.com>; Hoffman, Christina (USAMD) <Christina.Hoffman@usdoj.gov>; Cunningham, Michael (USAMD) <Michael.Cunningham@usdoj.gov>; Warwick, James (USAMD) <James.Warwick@usdoj.gov>
**Cc:** Nugent, James A. <James.A.Nugent2@usdoj.gov>
**Subject:** Introductions

Good afternoon everyone,

SA Nugent and I just wanted to send this email to make introductions to everyone involved since we spoke last week to Messrs. Harrison and Hart, who are the newest attorneys of record for Timothy Wood, the owner of Woody's Weapons in Albuquerque.

AUSA Jim Warwick has been our primary AUSA on this case with AUSA Mike Cunningham sitting second chair, but Jim has seen fit to retire from federal service at the end of the month so AUSA Christina Hoffman is taking his place.

Now that everyone knows everyone else, we'll let you guys do the lawyering and see if we can't set up a proffer session with Mr. Wood in the near future.

Thanks everyone and have a Merry Christmas!

V/r,

Tim